EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> María del Carmen López Castro | 2004 TSPR 74 <br><br> 161 DPR _____ |

Número del Caso: TS-13281


Fecha: 14 de mayo de 2004


Colegio de Abogados de Puerto Rico:

> Lcdo. Ángel N. Candelario Cáliz
> Oficial Investigador

Oficina del Procurador General:

> Lcda. Rosana Márquez Valencia
> Procuradora General Auxiliar


Abogado de la Parte Querellada:

> Lcdo. Ángel L. Tapia Flores


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

María del Carmen López Castro          TS-13281

RESOLUCIÓN

San Juan, Puerto Rico, a 14 de mayo de 2004.

Examinados el Escrito en Cumplimiento de Orden del Procurador General de Puerto Rico y la Moción Informativa del Colegio de Abogados de Puerto Rico, se ordena la reinstalación de la Sra. María del Carmen López Castro al ejercicio de la abogacía y la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López, Corrada del Río y Rivera Pérez no intervinieron.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo